## Commonwealth v. Lewis et al., Appellant.

Argued November 15, 1966. *Henry J. Albaugh* and *George A. Baldwin,* for appellants; *George E. James,* Assistant District Attorney, with him *Robert J. Masters,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

January 6, 1967

## Werblun et ux., Appellants, v. Joseph Lupowitz Son, Inc.

Argued December 15, 1966. *Charles R. Weiner,* with him *Charles L. Ford, I. Leonard Hoffman,* and *Weiner, Basch, Lehrer and Cheskin,* for appellants; *L. Brown,* with him *D. Stewart McElhone,* for appellee.

Appeal quashed and record remanded.